UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN C CALDERON,

           Plaintiff,

    v.

K. MANCIAS,

           Defendant.

Case No. 25-cv-10788-JSC

**ORDER OF DISMISSAL; DENYING MOTIONS FOR RECONSIDERATION AND "TO COMBINE" CLAIMS**

(ECF Nos. 3, 4)

United States District Court
Northern District of California

Plaintiff, a California prisoner at R.J. Donovon Correctional Facility in San Diego, California, who is proceeding without representation by an attorney, seeks to bring both civil rights claims under 42 U.S.C. § 1983 and habeas claims under 28 U.S.C. § 2254 in this case. (*See, e.g.*, ECF No. 1 at 1; *see also* ECF Nos. 3, 4.) The habeas claims challenge his conviction in state court for murder (ECF No. 1 at 7-8), and the civil rights claims allege he is being "harassed" and denied basic needs at his prison, such as safety, medical care, religious services, education, and law library access (*id.* at 4-7). For the reasons explained in his recent cases, he cannot bring his habeas claims in district court until he has obtained the necessary authorization from the United States Court of Appeals, *see Calderon v. CDCR Director*, No. C 25-10787 JSC (PR) (ECF No. 9 (citing 28 U.S.C. § 2244(b)(3)(A))), and he cannot bring his civil rights claims in this district, *see id.*; *Calderon v. CDCR Directors, et al,* No. C 25-10696 JSC (N.D. Cal.) (ECF No. 7 (citing 28 U.S.C. § 1391(b))).

Accordingly, this case is DISMISSED without prejudice. In light of this dismissal, the motions "for reconsideration" and "to combine" (ECF Nos. 3, 4), both of which seek to assert habeas and civil rights claims in this action, are DENIED.

//

The Clerk shall enter judgment and close the file.

This order resolves docket numbers 3 and 4.

**IT IS SO ORDERED.**

Dated: February 27, 2026

JACQUELINE SCOTT CORLEY
United States District Judge